SCOTT J. WITLIN (SBN 137413)
scott.witlin@btlaw.com
MICHAEL P. WITCZAK (SBN 329960)
michael.witczak@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile:  (310) 284-3894

Attorneys for Defendant
Knauf Insulation, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ANTHONY GUERRA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KNAUF INSULATION, INC.; and DOE 1 through 10, inclusive<br><br>Defendants. | Case No. 2:24-cv-02751-TLN-DMC<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION**<br><br>Action Filed:   September 4, 2024<br>Trial Date:  Not Set |

JOINT STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION

# ORDER

Having considered the Parties' Joint Stipulation for an order staying all proceedings pending mediation, and good cause appearing therefore, the Stipulation is hereby GRANTED and the following is hereby ORDERED:

1. All proceedings in the instant case, including hearing dates and briefing schedules for pending motions, are stayed until November 13, 2025 to allow the parties a full and fair opportunity to complete mediation by that date.

2. Plaintiff's Motion to Remand (Dkt. 20), is deemed to be filed on November 13, 2025, for purposes of calculating the briefing schedule under the Local Rules of the Eastern District of California, Rule 230. This continuation is for purposes of mediation only and Plaintiff reserves all rights regarding his ability to challenge subject matter jurisdiction.

3. The hearing for Plaintiff's Motion to Remand is continued to December 18, 2025, at 2:00 p.m.

4. The parties shall file a joint status report after mediation concludes updating the Court on the status of the case.

**IT IS SO ORDERED**.

Dated: June 16, 2025

Hon. Troy L. Nunley
United States District Judge

JOINT STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION