Kane Moon (SBN 249834)
Allen Feghali (SBN 301080)
Charlotte Mikat-Stevens (SBN 327047)
**MOON LAW GROUP, P.C.**
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125
Email: kmoon@moonlawgroup.com
Email: afeghali@moonlawgroup.com
Email: cmikat-stevens@moonlawgroup.com

*Attorneys for Plaintiff*
Victor Anthony Guerra

SCOTT J. WITLIN (SBN 137413)
scott.witlin@btlaw.com
MICHAEL P. WITCZAK (SBN 329960)
michael.witczak@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

*Attorneys for Defendant*
Knauf Insulation, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

VICTOR ANTHONY GUERRA, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

KNAUF INSULATION, INC.; and DOES 1 through 10, inclusive,

Defendants

Case No.: 2:24-CV-02751-TLN-DMC

**ORDER GRANTING STIPULATION FOR CONTINUED CASE STAY PENDING FINAL CLASS AND PAGA ACTION SETTLEMENT APPROVAL**

Action Filed: September 4, 2024
Action Removed: October 4, 2024
Trial Date: None set

**ORDER**

The Court, having reviewed the Parties' Stipulation for Continued Case Stay Pending Final Class and PAGA Action Settlement Approval, and good cause appearing, hereby GRANTS the stipulation and ORDERS as follows:

1. The stay in this action shall remain in place pending further order from this Court.

2. By April 26, 2027, the Parties shall file a joint status report regarding the status of final settlement approval. A joint report is not required if Plaintiff has requested case dismissal

**IT IS SO ORDERED.**

Dated: November 12, 2026

Troy L. Nunley
Chief United States District Judge